# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0198
LT Case No. 2020-CA-000401-A

———————————————

LORIE A. WHITE,

    Appellant,

    v.

CLYDE S. EVANS,

    Appellee.

———————————————

On appeal from the Circuit Court for Citrus County.
Carol A. Falvey, Judge.

Rhonda B. Boggess, of Marks Gray, P.A., Jacksonville, for
Appellant.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellee.

June 19, 2026

PER CURIAM.

Lorie White appeals the final judgment for damages entered against her and in favor of Clyde Evans after the jury trial held on Evans's motor vehicle negligence action. White argues that while she conceded that her negligence caused the subject motor vehicle accident, the trial court thereafter erred in directing a verdict on the issue of causation. We agree. *See Lancheros v. Burke*, 375 So.

3d 927, 929 (Fla. 6th DCA 2023) (recognizing that directed verdicts in negligence cases are rarely appropriate).

Accordingly, we reverse the final judgment and remand for a new trial.

REVERSED AND REMANDED.


LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____